# United States District Court
# For The Western District of North Carolina
# Asheville Division

Kenneth Lee Foster ,

        Petitioner(s),                    JUDGMENT IN A CIVIL CASE

vs.                                                   1:12-cv-00063

USA ,

        Respondent(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/2/12 Order.

                                          Signed: July 2, 2012

                                          Frank G. Johns, Clerk
                                          United States District Court