# United States District Court
# For The Western District of North Carolina
# Asheville Division

Kenneth Lee Foster ,

    Petitioner(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　1:12-cv-00063

USA ,

    Respondent(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/2/12 Order.

Signed: July 2, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court